**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00747-CR

---

**SANTOS ANTONIO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59381-U**

---

## ORDER

The Court **ORDERS** court reporter Debi Harris to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit no. 1, a DVD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Jennifer Balido, Presiding Judge, 291st Judicial District Court; Debi Harris, Auxiliary Court Reporter; and to counsel for all parties.

/s/    DAVID EVANS
          JUSTICE